UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rachele R. Bonelli<br>        Phillip Michael Hammond<br>                    Debtor(s) | BK. NO. 18-22542 CMB |
| Quicken Loans Inc.<br>                    Movant<br>        v.<br>Rachele R. Bonelli<br>Phillip Michael Hammond<br>                    Respondent(s)<br>        and<br>Lisa M. Swope, Trustee<br>                    Additional Respondents | CHAPTER 7<br>Related to Docket #___18___ |

**ENTERED BY DEFAULT**

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 26th day of September, 2018, at Pittsburgh, upon Motion of Quicken Loans Inc., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 792 Pine Vue Drive, Apollo, PA 15613 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

FILED
9/26/18 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
United States Bankruptcy Judge    **dms**

Rachele R. Bonelli
792 Pine Vue Drive
Apollo, PA 15613

Phillip Michael Hammond
792 Pine Vue Drive
Apollo, PA 15613

Samuel M. DiFatta Esq.
PO Box 23
Tarentum, PA 15084
difatta1015@comcast.net

Lisa M. Swope
Neugebauer & Swope, P.C.
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931
lms@nsslawfirm.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Phillip Michael Hammond  
Rachele R Bonelli  
    Debtors

Case No. 18-22542-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw        Page 1 of 1        Date Rcvd: Sep 26, 2018  
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.  
db        #+Phillip Michael Hammond,   792 Pine Vue Drive,   Apollo, PA 15613-8542  
jdb       #+Rachele R Bonelli,   792 Pine Vue Drive,   Apollo, PA 15613-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:  
      James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
      Lisa M. Swope   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  
       mmh@nsslawfirm.com;pa73@ecfcbis.com  
      Lisa M. Swope   lms@nsslawfirm.com,   mmh@nsslawfirm.com;pa73@ecfcbis.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      S. James Wallace   on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC  
       sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      Samuel M. DiFatta   on behalf of Joint Debtor Rachele R Bonelli difatta1015@comcast.net,  
       richard.gainey@comcast.net  
      Samuel M. DiFatta   on behalf of Debtor Phillip Michael Hammond difatta1015@comcast.net,  
       richard.gainey@comcast.net  
        TOTAL: 7